UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA MATTHEW GONZALEZ,

      Petitioner,

                                     Case No. 1:18-cv-585

v.

                                   HONORABLE PAUL L. MALONEY

SHANE JACKSON,

      Respondent.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against

Petitioner.

Dated: July 5, 2018                            /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge